

**PATIENCE**
**MILROD**

Lawyer/Licenciada en Leyes

**FILED**

2005 JUN 17 A 9: 28

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

June 9, 2005

RECEIVED
JUN 1 0 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Oliver W. Wanger
United States District Court Judge

    Re:   *USA v. Michael Richardson*
           Case number: CR-04-05234 OWW

Dear Judge Wanger:

Michael Richardson, defendant, by his court- appointed attorney PATIENCE
MILROD, hereby requests authorization pursuant to Federal Rules of
Criminal Procedure, Rule 17(c), to issue a subpoena duces tecum to the
custodian of records for the Alameda County Human Resources, for
production of:

> Any and all information and/or records about Michael Richardson,
> including (but not limited to) medical, psychological, psychiatric
> (including alcohol and drug rehabilitation), counselor records, courts
> reports, social worker notes, screener narratives, and case notes.

This information is required to enable counsel to secure expert opinions about
the defendant's competency and mental state issues pertinent to culpability,
as well as possible issues related to sentencing.

Authority for issuance of a subpoena duces tecum under Rule 17(c), Federal
Rules of Criminal Procedure, is hereby requested. Thanking the Court for its
attention to these matters, I remain,

        Very truly yours,

        Patience Milrod

---

Authorization for issuance of a subpoena duces tecum to the custodian of
records for Alameda County Human Resources is hereby granted.

DATED:    6-14-05

OLIVER W. WANGER
United States District Judge

☐ 844
North Van Ness
Fresno, California
93728
559/ 442-3111
pm097@csufresno.edu

