# PATIENCE MILROD

Lawyer/Licenciada en Leyes

June 21, 2005

**FILED**

2005 JUN 29  A 10: 10

CLERK, US DIST. COURT
E... ... ... CALIF
BY_____
  DEPUTY

Honorable Oliver W. Wanger
United States District Court Judge

  Re:   USA v. Michael Richardson
        Case number: CR-04-05234 OWW

Dear Judge Wanger:

Michael Richardson, defendant, by his court-appointed attorney PATIENCE MILROD, hereby requests authorization pursuant to Federal Rules of Criminal Procedure, Rule 17(c), to issue a subpoena duces tecum to the custodian of records for, San Joaquin County Human Services Agency, for production of:

> Any and all information and/or records about Michael Richardson, including (but not limited to) medical, psychological, psychiatric (including alcohol and drug rehabilitation), counselor records, courts reports, social worker notes, screener narratives, and case notes.

This information is required to enable counsel to secure expert opinions about the defendant's competency and mental state issues pertinent to culpability, as well as possible issues related to sentencing.

Authority for issuance of a subpoena duces tecum under Rule 17(c), Federal Rules of Criminal Procedure, is hereby requested. Thanking the Court for its attention to these matters, I remain,

Very truly yours,

Patience Milrod

---

Authorization for issuance of a subpoena duces tecum to the custodian of records for San Joaquin County Human Services Agency is hereby granted.

DATED: 6-27-05

OLIVER W. WANGER
United States District Judge

844 North Van Ness
Fresno, California
93728
559/ 442-3111
pm097@csufresno.edu


