1  Patience Milrod
   844 N. Van Ness Avenue
2  Fresno, California 93728
   559/442-3111
3
   Attorney for MICHAEL RICHARDSON
4

FILED

2005 AUG -3 P 2: 50

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN
DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-F-04-5234 REC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO RE-SET MOTIONS SCHEDULE and PROPOSED ORDER** |
| vs. | ) | Date: |
| MICHAEL RICHARDSON, *et al.*, | ) | |
| Defendants. | ) | |

The United States of America, by and through Dawrence Rice, Assistant United States Attorney, and defendants Michael Richardson (by and through his attorney of record, Patience Milrod), George Dancer (by and through his attorney, Daniel Harralson), and defendant Clifton Howard, *in propria persona*, hereby agree and stipulate to continue the motions hearing date in this matter from August 1, 2005 until September 12, 2005 at 9:00 a.m.

The parties further stipulate and agree to the following motions schedule: defendants to file and serve motions no later than Monday, August 15, 2005;

1  government to file and serve opposition to defense motions no later than Monday,
2  August 29, 2005.
3      The parties request this motions schedule, and continuance of the motions
4  hearing, based on the showings in defendants' respective applications to continue the
5  motions date, filed July 5, July 13 and July 17, 2005.  The parties agree that time will be
6  excluded through and including the date of the Court's rulings on the defense
7  motions.
8      IT IS SO STIPULATED.
9  Dated:   July 18, 2005              ___/s/_Patience Milrod_____
                                        PATIENCE MILROD
10                                      Attorney for MICHAEL RICHARDSON
11
    Dated:   July 19, 2005
12                                      __/s/_Daniel Harralson_____
                                        DANIEL HARRALSON
13                                      Attorney for GEORGE DANCER
14
    Dated:   July __20_, 2005
15                                      _/s/ Clifton Howard_____
                                        CLIFTON HOWARD
16                                      Appearing *in propria persona*
17  Dated:   July 18, 2005              McGREGOR W. SCOTT
                                        United States Attorney
18
                                        _/s/ Dawrence Rice_____
19                                      By DAWRENCE RICE
                                        Assistant United States Attorney
20
21
22
23

| | |
|---|---|
| 1 | **[PROPOSED] ORDER ON STIPULATION** |
| 2 | Having received and reviewed the stipulation of the parties, and good cause |
| 3 | appearing therefor, |
| 4 | IT IS HEREBY ORDERED that the hearing on defendants' motions be continued |
| 5 | from August 1, 2005 until September 12, 2005 at 9:00 a.m. The August 1, 2005 hearing |
| 6 | date is hereby vacated. |
| 7 | IT IS FURTHER ORDERED that the parties shall comply with the following |
| 8 | motions schedule: defendants to file and serve motions no later than Monday, August |
| 9 | 15, 2005; government to file and serve opposition to defense motions no later than |
| 10 | Monday, August 29, 2005. Hearing on defense motions will be September 12, 2005 at |
| 11 | 9:00 a.m. Time is excluded through and including the date of the rulings on defense |
| 12 | motions. |
| 13 | IT IS SO ORDERED. |
| 14 | Dated: 8-2-05 |
| 15 | HON. OLIVER W. WANGER<br>Judge of the Eastern District |