Patience Milrod # 77466
Law Office of Patience Milrod
844 North Van Ness Avenue
Fresno, California 93728
559/442-3111
Fax: 559/442-3164

Attorney for Michael Richardson

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARDSON, et al.,<br><br>Defendants. | **CASE No. CR-F-04-5234 OWW**<br><br>**ORDER AFTER HEARING TO DETERMINE DEFENDANT'S COMPETENCY**<br>**18 U.S.C. § 4241** |

    This matter came on regularly for hearing on October 3, 2005 at 9:00 a.m. Defendant MICHAEL RICHARDSON appeared with his counsel, Patience Milrod; Assistant United States Attorney Dorrance Rice appeared for the Plaintiff United States of America.

    Having read and considered Mr. Richardson's motion, and the supporting points and authorities and declaration of Patience Milrod and its exhibits, and having heard and considered the non-opposition of the Plaintiff, the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  Therefore, IT IS HEREBY ORDERED:

    The defendant is hereby committed to the custody of the Attorney General pursuant to the provisions of 18 United States Code § 4241(d).  The Attorney General

shall hospitalize the defendant for treatment in a suitable facility, as follows:
    (1) for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed; and
    (2) for an additional reasonable period of time until--
        (A) his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the trial to proceed; or
        (B) the pending charges against him are disposed of according to law;
whichever is earlier.

    IT IS FURTHER ORDERED that the Attorney General shall ensure that the moving papers in this matter, including the declaration of defense counsel and the report of Dr. Howsepian[n] are transmitted with Mr. Richardson to the receiving facility at which he will be evaluated and treated.

    IT IS FURTHER ORDERED that when the director of the facility in which Mr. Richardson is hospitalized determines that he has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, the director shall promptly file a certificate to that effect with the Clerk of this Court.  The Clerk shall send a copy of the certificate to the defendant's counsel and to the attorney for the Government.

    IT IS SO ORDERED.

Dated: 10/12/05

                                      /s/Oliver W. Wanger
                                      HON. OLIVER W. WANGER
                                      Judge of the Eastern District

---

[*] The Court directs the attention of the Attorney General and the Director of the receiving facility to the first full paragraph on page 30 of Dr. Howsepian's report, suggesting diagnostic procedures which may clarify the sources of Mr. Richardson's incompetency, and appropriate treatment.

*[Proposed] Order after hearing re:  competency*                            2