Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for MICHAEL RICHARDSON

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       ) <br>  Plaintiff,    )<br>       )<br>  vs.    )<br>       )<br>MICHAEL RICHARDSON, *et al.*, )<br>       )<br>  Defendants.    ) | Case No. 04-cr-5234 OWW<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date:        June 26, 2006<br>Time:        9:00 a.m.<br>Court:       Hon. Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAWRENCE RICE, Jr., Assistant United States Attorney, and PATIENCE MILROD, attorney for defendant MICHAEL RICHARDSON, to continue the status conference date in this matter currently set for June 12, 2006, to a new date of June 26, 2006.  Counsel also stipulate to exclude time until June 26, 2006 pursuant to the Speedy Trial Act.

   The parties request this continuance of the status conference due to the fact that defense counsel now is informed that she must appear for oral argument at the Ninth

*Stipulation and [Proposed] Order to Continue Status Conference*                                                 1

PDF created with pdfFactory trial version www.pdffactory.com

Circuit Court of appeals in *USA v. Alced Broussard, U.S.C.A. No. 05*-10496 on June 12, 2006.

IT IS SO STIPULATED.

Dated: May 23, 2006:         /s/ Patience Milrod
                             PATIENCE MILROD
                             Attorney for defendant
                             MICHAEL RICHARDSON


Dated: May 17, 2006:          /s/ Dawrence Rice, Jr.
                             DAWRENCE RICE, Jr.
                             Assistant U.S. Attorney


## ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that that the status conference presently set for June 12, 2006, at 9:00 a.m., be continued to June 26, 2006 at 9:00 a.m.  Time is excluded to and through that date.

IT IS SO ORDERED.

Dated:   May  18, 2006           /s/ OLIVER W. WANGER
                                 _____
                                 HON. OLIVER W. WANGER
                                 Judge of the Eastern District

*Stipulation and [Proposed] Order to Continue Status Conference*                    2

PDF created with pdfFactory trial version www.pdffactory.com